IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

GMAC MORTGAGE CORP., )
                                                )
                    Plaintiff, )                        Civil No. _____
                                                )
        v.                                      )
                                                )
JEFFREY L. BAYKO, SR., LISA J. BAYKO, )
HELEN E. BAYKO, MICHAEL J. BAYKO, )
BANKNORTH GROUP, HANS R. HAILEY, )            MAGISTRATE JUDGE _____
CHARLES R. RONTONDI, )
COMMONWEALTH OF MASSACHUSETTS )
DEPARTMENT OF REVENUE, UNITED )
STATES OF AMERICA, GARY EVANS, )
CHRISTINE ANN FARO, and JOHN AQUINO, )
                                                )
                    Defendants. )

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States of America has been named as a defendant to the civil action that is now pending in the Superior Court Department, Essex County, for the Commonwealth of Massachusetts, entitled <u>GMAC Mortgage Corp. v. Jeffrey L. Bayko, Sr., et. al.</u>, Case No. 2004-01855-B.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § § 1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

- 2 -

4.  The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) as the United States has thirty days from the date of service to remove to federal court.

5.  Copies of all pleadings received by the defendant United States in this proceeding are attached hereto.

Respectfully submitted,

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

*19th November 2004*

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*Barbara Healy Smith*
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

*Lydia Bottome Turanchik*
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

David Rosen
Harmon Law Offices
P.O. Box 610389
Newton Highlands, Massachusetts 02461

Jeffrey L. Bayko, Sr.
c/o Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

Lisa J. Bayko
c/o Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts 01950

Helen E. Bayko
Michael J. Bayko
c/o Timothy Sullivan, Esq.
451 Andover Street
Suite 185
North Andover, Massachusetts 01845

BankNorth Group
Post Office Box 1503
Orleans, Massachusetts 02653

Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts 01950

Hans R. Hailey
225 Friend Street
Boston, Massachusetts 02114

Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

Commonwealth of Massachusetts
Department of Revenue
Collections Bureau
Post Office Box 7021
Boston, Massachusetts 02204

Christine Ann Faro
79 State Street
Newburyport, Massachusetts 01950

John Aquino, Esq.
Anderson & Aquino, LLP
260 Franklin Street
Boston, Massachusetts 02110

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT -
CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 04-01855-B

................................ GMAC Mortgage Corporation ................................................................................, Plaintiff(s)

v.

Jeffrey L. Bayko, Sr., Lisa J. Bayko, Helen E. Bayko, Michael J.
Bayko, Banknorth Group, Hans R. Hailey, Charles D. Rotondi, Common, Defendant(s)
wealth of Massachusetts Department of Revenue, The United States of America,
Gary Evans, Christine Ann Faro and John Aquino

## SUMMONS

To the above named Defendant:   The United States of America

You are hereby summoned and required to serve upon   David M. Rosen, Harmon Law Offices, P.C.

plaintiff's attorney, whose address is   150 California St., Newton, MA 02458   ,

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

Essex Superior Court   either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the   twenty-fifth
day of   October   , in the year of our Lord two thousand   four

*Thomas W. Driscoll Jr.*

Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant

**Commonwealth of Massachusetts**
**County of Essex**
**The Superior Court**

CIVIL DOCKET# **ESCV2004-01855-B**

RE:    **GMAC Mortgage Corporation v Bayko Sr et al**

TO:David M Rosen, Esquire
    Harmon Law Offices (Mark P)
    150 California Street
    PO Box 610389
    Newton Highlands, MA 02461-0389

## TRACKING ORDER - X TRACK

You are hereby notified that this case is on the **accelerated (X) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 01/04/2005 |
| Response to the complaint filed (also see MRCP 12) | 03/05/2005 |
| Firm trial date set | 04/04/2005 |
| Case disposed | 05/04/2005 |

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session **B** sitting in **CtRm 1 (Newburyport)** at **Essex Superior Court.**

**Dated: 10/08/2004**

**Thomas H. Driscoll Jr.**
**Clerk of the Courts**

**BY: JoDee Doyle - Sheila Gaudette**
**Assistant Clerk**

**Location: CtRm 1 (Newburyport)**
**Telephone: (978) 462-4474**

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

| /IL ACTION<br>VER SHEET | DOCKET NO.<br>ESCV2004-01855 | Trial Court of Massachusetts<br>Superior Court Department<br>County: Essex |
|---|---|---|

s)

Mortgage Corporation

DEFENDANT(S) Jeffrey L. Bayko, Sr., Lisa J. Bayko, Helen E.
Bayko, Michael J. Bayko, Banknorth Group, Hans R. Hailey,
Charles D. Rotondi, Comm. of MA DOR, The USA, Gary Evans,
Christine Ann Faro and John Aquino

NEY, FIRM NAME, ADDRESS AND TELEPHONE
.d M. Rosen, Harmon Law Offices, P.C.
California Street, Newton, MA 02458
(7) 558-0500

ATTORNEY (if known)

rd of Bar Overseers number: 552866

## Origin code and track designation

Place an x in one box only:

[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E99 | Interpleader | ( X ) | ( )Yes    ( X ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine
money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . .
                                                                                    $. . . . . . . . .
                                                                        Subtotal $. . . . . . . . .
Documented lost wages and compensation to date . . . . . . . . . . . . . . . . $. . . . . . . . .
Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . .
Reasonably anticipated future medical and hospital expenses . . . . . . . . . $. . . . . . . . .
Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . .
Other documented items of damages (describe) . . . . . . . . . . . . . . . . . $. . . . . . . . .

Brief description of plaintiff's injury, including nature and extent of injury (describe)    $186,742.59. . . .

                                                                    $. . . . . . . . .
                                                            TOTAL $186,742.59. . . . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

vide a detailed description of claim(s):
laintiff is currently holding surplus funds that it would like to pay into Court. GMAC further requests that it be
ischarged from any further obligatin involving this matter.

                                                            TOTAL $. 186,742.59 . . . .

EASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR
URT DEPARTMENT

hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on
spute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute
olution services and discuss with them the advantages and disadvantages of the various methods."

nature of Attorney of Record _____    DATE: 10/5/07

5 mtc005-11/99
C 1 2000

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. ESCV2004-01855

GMAC MORTGAGE CORPORATION,

   Plaintiff,

  v.

JEFFREY L. BAYKO, SR., LISA J. BAYKO,
HELEN E. BAYKO, MICHAEL J. BAYKO,
BANKNORTH GROUP, HANS R. HAILEY,
CHARLES D. ROTONDI,
COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE, THE
UNITED STATES OF AMERICA, GARY
EVANS, CHRISTINE ANN FARO, AND
JOHN AQUINO,

   Defendants.

## COMPLAINT IN INTERPLEADER
### (Mortgage Foreclosure Surplus Proceeds)

### INTRODUCTION

This action is being brought after a foreclosure sale on a property located at 7A

Graham Avenue, Newbury, MA. GMAC Mortgage Corporation, the foreclosing

mortgagee, (hereinafter referred to as "GMAC") is currently holding surplus

funds that it would like to pay into Court. GMAC further requests that it be

discharged from any further obligation involving this matter.

In the above action, GMAC Mortgage Corporation respectfully represents:

### PARTIES

1. The Plaintiff, GMAC, is a corporation having its usual place of business at 500

Enterprise Road, Suite 150, Horsham, PA 19044.

2.    The Defendant, Jeffrey L. Bayko, Sr., is upon information and belief, an individual c/o Attorney Gary Evans, 58 Main Street, Topsfield, MA 01983.

3.    The Defendant, Lisa J. Bayko, is upon information and belief, an individual c/o Attorney Charles D. Rotondi, 79 State Street, Newburyport, MA 01950.

4.    The Defendants, Helen E. Bayko and Michael J. Bayko, are upon information and belief, individuals c/o Attorney Timothy Sullivan, 451 Andover Street, Suite 185, North Andover, MA 01845.

5.    The Defendant, Banknorth Group, is upon information and belief, a financial institution with a last known address of P.O. Box 1503, Orleans, MA, 02653.

6.    The Defendant, Hans R. Hailey, is upon information and belief, an individual with a last known address of 225 Friend Street, Boston, MA 02114.

7.    The Defendant, Charles D. Rotondi, is upon information and belief, an individual with a last known address of 79 State Street, Newburyport, MA 01950.

8.    The Defendant, Commonwealth of Massachusetts Department of Revenue, is upon information and belief, a state agency with a usual business address of Collections Bureau, P.O. Box 7021, Boston, MA 02204.

9.    The Defendant, The United State of America, is upon information and belief, a federal agency with a usual business address of the Internal Revenue Services, P.O. Box 9112, Stop 20800, Boston, MA 02203.

10.   The Defendant, Gary Evans, is upon information and belief, an individual with a last known address of 58 Main Street, Topsfield, MA 01983.

11.   The Defendant, Christine Ann Faro, is upon information and belief, an individual with a last known address of 79 State Street, Newburyport, MA 01950.

12.    The Defendant, John Aquino, is upon information and belief, an individual with a
       last known address of Anderson & Aquino, LLP, 260 Franklin Street, Boston,
       MA 02110.

## FACTS

13.    The Plaintiff, GMAC, was the holder by assignment of a first mortgage given by
       Jeffrey L. Bayko and Lisa J. Bayko to The Family Mutual Savings Bank, dated
       May 20, 1993 and recorded with the Essex County (Southern District) Registry of
       Deeds at Book 11897, Page 525, securing the real estate located at 14A Graham
       Avenue, Newbury, MA  01951 ("the property").

14.    On March 12, 2004, GMAC foreclosed on the mortgaged property by public
       auction.

15.    The mortgaged property was sold to a third party for $307,500.00.

16.    After satisfaction of the indebtedness to the Plaintiff, including costs of
       foreclosure and sale, accrued interest and late charges in the aggregate sum of
       $102,757.41, there is a surplus now held by the Plaintiff in the amount of
       $186,742.59.  See Exhibit "A" attached hereto.

17.    The following persons and entities appear of record to be all of the persons or
       entities having an interest in said funds held by GMAC, to wit:

      (a)    The Defendant, Jeffrey L. Bayko, Sr., is the former holder of the
           equity of redemption.

      (b)    The Defendant, Lisa J. Bayko, is the former holder of the equity of
           redemption.

3

(c)    The Defendant, Banknorth Group, is the holder of a Mortgage dated April 24, 1997 and recorded April 24, 1997 in the Essex County Registry of Deeds at Book 14068, Page 475 in the original principal amount of $15,000.00.

(d)    The Defendants, Michael J. Bayko and Helen E. Bayko, are the holders of a third mortgage dated July 19, 2002, and recorded August 12, 2002 in the Essex County Registry of Deeds at Book 21193, Page 386 in the original principal balance of $6,300.00.

(e)    The Defendant, Hans R. Hailey, is the holder of an Attorney's Lien dated February 6, 2003 and recorded February 10, 2003 in the Essex County Registry of Deeds at Book 20139, Page 71.

(f)    The Defendant, Charles D. Rotondi, is the holder of an Attorney's Lien dated February 11, 2003 and recorded March 20, 2003 in the Essex County Registry of Deeds at Book 20391, Page 444.

(g)    The Defendant, Commonwealth of Massachusetts Department of Revenue, is the holder of a state tax lien dated and recorded on April 4, 2003 in the Essex County Registry of Deeds at Book 20521, Page 207 in the original amount of $8,463.64.

(h)    The Defendant, The United States of America, is the holder of a federal tax lien dated May 1, 2003 and recorded on June 3, 2003 in the Essex County Registry of Deeds at Book 20949, Page 90 in the original amount of $47,196.80.  Upon information and belief, the IRS holds numerous other liens against Jeffrey L. Bayko.

4

(i)     The Defendant, Gary Evans, is supposed to receive $66,000.00 to be held in escrow pursuant to the terms of a Separation Agreement dated and recorded May 24, 2002 in the Essex County Registry of Deeds at Book 21764, Page 59.

(j)     The Defendant, Christine Ann Faro, is the holder of an Attorney's Lien dated and recorded October 2, 2003 in the Essex County Registry of Deeds at Book 21911, Page 222.

(k)     The Defendant, John Aquino is a Chapter 7 Trustee who has abandoned his interest in the real estate.

**WHEREFORE**, the Plaintiff, GMAC Mortgage Corporation, prays that:

1.   The said Defendants be ordered to appear and present their claims, if any, to the surplus funds;

2.   That the Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;

3.   That the Plaintiff be permitted to pay all surplus funds held by it in the amount of $186,742.59, less its fees and costs incurred in this Interpleader Action, into this Court;

4.   That the rights of the Defendants herein named be determined by this Court as to the surplus funds paid into the Court;

5.   That this action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

6.   For such other and further relief as this Court deems just and proper.

GMAC MORTGAGE CORPORATION,
By its Attorney,

David M. Rosen, Esquire
BBO#: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

Dated:   10/4/07

6

## EXHIBIT "A"

SUCCESSFUL BID:                    $307,500.00

FUNDS OWED TO
GMAC MORTGAGE CORP.:              $120,757.41

_____

SURPLUS FUNDS:                     $186,742.59

7

HARMON LAW OFFICES, P.C.
P.O. BOX 610389
NEWTON HIGHLANDS, MASSACHUSETTS 02461-0389

RECEIVED
U.S. ATTORNEY

04 OCT 26 PH 1:09



CERTIFIED MAIL

7140 3901 9848 7211 5806

RETURN RECEIPT REQUESTED

US Department of Justice
United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210



U.S. POSTAGE

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

APPENDIX B   CIVIL COVER SHEET

**(a) PLAINTIFFS**  GMAC Mortgage Corp.

**DEFENDANTS**  Jeffrey Bayko, United States, et al.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David Rose, Harmon Law Office
P.O. Box 610389
Newton Highlands, MA 02461

Attorneys (If Known)  Attorney for the United States
Lydia Bottome Turanchik, Trial Attorney
U.S. Dept. of Justice, Tax Division, P.O. Box 55
Ben Franklin Station, Washington, DC 20044

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | Injury | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS —Third Party | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☒ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

28 USC 2410

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____     DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD  Barbara Healy Smith for Lydia Bottome Turanchik

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C  LOCAL COVER SHEET

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)  GMAC Mortgage Corp. v. Jeffrey
    Bayko, et al

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL
    COVER SHEET.   (SEE LOCAL RULE 40.1(A)(1)).

    ___   I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_   II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          *Also complete AO 120 or AO 121
                                                                                         for patent, trademark or copyright  cases

    ___   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

    ___   IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

    ___   V.     150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)).  IF MORE THAN ONE PRIOR RELATED CASE
    HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?
                                                          YES  ☐        NO  ☒

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
    PUBLIC INTEREST?   (SEE 28 USC §2403)
                                                          YES  ☐        NO  ☒

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                          YES  ☐        NO  ☐

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
    28 USC §2284?
                                                          YES  ☐        NO  ☒

7.  DO ALL OF THE PARTIES  IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
    COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"),  RESIDING IN MASSACHUSETTS RESIDE IN THE
    SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                          YES  ☒        NO  ☐

    A.      IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

            EASTERN DIVISION  ☒      CENTRAL DIVISION  ☐        WESTERN DIVISION  ☐

    B.      IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
            GOVERNMENTAL AGENCIES,  RESIDING IN MASSACHUSETTS RESIDE?

            EASTERN DIVISION  ☐      CENTRAL DIVISION  ☐        WESTERN DIVISION  ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Lydia Bottome Turanchik
ADDRESS   U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, DC
TELEPHONE NO.  (202) 307-6560
                                                                                              20044

(AppendixC.wpd - 11/27/00)