IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | Civil No. _____ |
| ) | |
| v. ) | |
| ) | 04 - 12448 GAO |
| JEFFREY L. BAYKO, SR., LISA J. BAYKO, ) | |
| HELEN E. BAYKO, MICHAEL J. BAYKO, ) | |
| BANKNORTH GROUP, HANS R. HAILEY, ) | |
| CHARLES R. ROTONDI, ) | |
| COMMONWEALTH OF MASSACHUSETTS ) | |
| DEPARTMENT OF REVENUE, UNITED ) | |
| STATES OF AMERICA, GARY EVANS, ) | |
| CHRISTINE ANN FARO, and JOHN AQUINO, ) | |
| ) | |
| Defendants. ) | |

<u>UNITED STATES' NOTICE OF APPEARANCE</u>

Please enter the appearance of Lydia Bottome Turanchik, Trial Attorney, Tax Division,

U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044,

as attorney for the United States in the above-referenced proceeding.

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

November 19, 2004

Barbara Healy Smith
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

LYDIA BOTTOME TURANCHIK
(BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

David Rosen
Harmon Law Offices
P.O. Box 610389
Newton Highlands, Massachusetts 02461

Jeffrey L. Bayko, Sr.
c/o Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

Lisa J. Bayko
c/o Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts 01950

Helen E. Bayko
Michael J. Bayko
c/o Timothy Sullivan, Esq.
451 Andover Street
Suite 185
North Andover, Massachusetts 01845

BankNorth Group
Post Office Box 1503
Orleans, Massachusetts 02653

Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts 01950

Hans R. Hailey
225 Friend Street
Boston, Massachusetts 02114

Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

Commonwealth of Massachusetts
Department of Revenue
Collections Bureau
Post Office Box 7021
Boston, Massachusetts 02204

Christine Ann Faro
79 State Street
Newburyport, Massachusetts 01950

John Aquino, Esq.
Anderson & Aquino, LLP
260 Franklin Street
Boston, Massachusetts 02110