IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

GMAC MORTGAGE CORP.,                    )
                                       )
            Plaintiff,                 )        Civil No.
                                       )
                                       )
    v.                                 )
                                       )    04 - 12448 GAO
JEFFREY L. BAYKO, SR., LISA J. BAYKO,  )
HELEN E. BAYKO, MICHAEL J. BAYKO,      )
BANKNORTH GROUP, HANS R. HAILEY,       )
CHARLES R. ROTONDI,                    )
COMMONWEALTH OF MASSACHUSETTS          )
DEPARTMENT OF REVENUE, UNITED          )
STATES OF AMERICA, GARY EVANS,         )
CHRISTINE ANN FARO, and JOHN AQUINO,   )
                                       )
            Defendants.                )

## UNITED STATES' ANSWER

1.      *The plaintiff, GMAC, is a corporation having its usual place of business at 500
Enterprise Road, Horsham, PA 19044.*

RESPONSE:   The United States is without knowledge or information sufficient to form a beleif
as to the truth of the allegations contained in paragraph 1 of the complaint.

2.      *The Defendant, Jeffrey L. Bayko, Sr., is upon information and belief, an individual
c/o Attorney Gary Evans, 58 Main Street, Topsfield, MA 01983.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief
as to the truth of the allegations contained in paragraph 2 of the complaint.

3.      *The Defendant, Lisa J. Bayko, is upon information and belief, an individual c/o
Attorney Charles D. Rotondi, 79 State Street, Newburyport, MA 01950.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief
as to the truth of the allegations contained in paragraph 3 of the complaint.

4.      *The Defendants, Helen E. Bayko and Michael J. Bayko, are upon information and belief, individuals c/o Timothy Sullivan, 451 Andover Street, Suite 185, North Andover, MA 01845.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the complaint.

5.      *The Defendant, Banknorth Group, is upon information and belief, a financial institution with a last known address of P.O. Box 1503, Orleans, MA 02653.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the complaint.

6.      *The Defendant, Hans R. Hailey, is upon information and belief, an individual with a last known address of 225 Friend Street, Boston, MA 02114.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the complaint.

7.      *The Defendant, Charles D. Rotondi, is upon information and belief, an individual with a last known address of 79 State Street, Newburyport, MA 01950.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the complaint.

8.      *The Defendant, Commonwealth of Massachusetts Department of Revenue, is upon information and belief, a state agency with a usual place of business of Collections Bureau, P.O. Box 7021, Boston, MA 02204.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the complaint.

9.      *The Defendant, The United State [sic] of America, is upon information and belief,*

*a federal agency with a usual business address of the Internal Revenue Services*

*[sic], P.O. Box 9112, Stop 20800, Boston, MA 02203.*

RESPONSE:   The United States admits that the Internal Revenue Service is an agency of the

United States of America and that it has a mail address as indicated above.  The

United States avers, however, that the proper party defendant to this action is the

United States, and, as a result, the proper party for service of pleadings and other

papers is the United States, and not the Internal Revenue Service.

10.   *The Defendant, Gary Evans, is upon information and belief, an individual with a*

*last known address of 58 Main Street, Topsfield, MA 01983.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 10 of the complaint.

11.   *The Defendant, Christine Ann Faro, is upon information and belief, an individual*

*with a last known address of 79 State Street, Newburyport, MA 01950.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 11 of the complaint.

12.   *The Defendant, John Aquino, is upon information and belief, an individual with a*

*last known address of Anderson & Aquino, LLP, 260 Franklin Street, Boston, MA*

*02110.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 12 of the complaint.

13.   *The Plaintiff, GMAC, was the holder by assignment of a first mortgage given by*

*Jeffrey L. Bayko and Lisa J. Baykoto to The Family Mutual Savings Bank, dated*

*May 20, 1993 and recorded with the Essex County (Southern District) Registry of*

*Deeds at Book 11897, Page 525, securing the real estate located at 14A Graham Avenue, Newbury, MA 01951 ("the property").*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint.

14.    *On March 12, 2004, GMAC foreclosed on the mortgaged property by public auction.*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the complaint.

15.    *The mortgaged property was sold to a third party for $307,500.00.*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the complaint.

16.    *After satisfaction of the indebtedness to the Plaintiff, including costs of foreclosure and sale, accrued interest and late charges in the aggregate sum of $102,757.41, there is a surplus now held by the Plaintiff in the amount of $186,742.59. See Exhibit "A" attached hereto.*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the complaint.

17.    *The following persons and entities appear of record to be all of the persons or entities having an interest in said funds held by GMAC, to wit:*

(a)    *The Defendant, Jeffrey L. Bayko, Sr., is the former holder of the equity of redemption;*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17(a) of the complaint.

(b)     *The Defendant Lisa J. Bayko, is the former holder of the equity of*

*redemption;*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(b) of the complaint.

(c)     *The Defendant, Banknorth Group, is the holder of a Mortgage dated April*

*24, 1997 and recorded April 24, 1997 in the Essex County Registry of*

*Deeds at Book 14068, Page 475 in the original principal amount of*

*$15,000.00.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(c) of the complaint.

(d)     *The Defendants, Michael J. Bayko and Helen E. Bayko, are the holders of*

*a third mortgage dated July 19, 2002, and recorded August 12, 2002 in*

*the Essex County Registry of Deeds at Book 21193, Page 386 in the*

*original principal balance of $6,300.00.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(d) of the complaint.

(e)     *The Defendant, Hans R. Hailey, is the holder of an Attorney's Lien dated*

*February 6, 2003 and recorded February 10, 2003 in the Essex County*

*Registry of Deeds at Book 20139, Page 71.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(e) of the complaint.

(f)     *The Defendant, Charles D. Rotondi, is the holder of an Attorney's Lien*

*dated February 11, 2003 and recorded March 20, 2003 in the Essex*

County Registry of Deeds at Book 20391, Page 444.

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(f) of the complaint.

      (g)     *The Defendant, Commonwealth of Massachusetts Department of Revenue,*

*is the holder of a state tax lien dated and recorded on April 4, 2003 in the*

*Essex County Registry of Deeds at Book 20521, Page 207, in the original*

*amount of $8,463.64.*

RESPONSE:   The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(g) of the complaint.

      (h)     *The Defendant, United States of America is the holder of a federal tax lien*

*dated May 1, 2003, and recorded on June 3, 2003 in the Essex County*

*Registry of Deeds at Book 20949, Page 90 in the original amount of*

*$47,196.80. Upon information and belief, the IRS holds numerous other*

*liens against Jeffrey L. Bayko.*

RESPONSE:   Upon information and belief, the United States admits the allegations contained in

paragraph 17(h) of the complaint, but avers that it has not yet completed its

investigation of this matter, nor has counsel for the United States received all

documentation from the Internal Revenue Service to substantiate the allegations

contained in paragraph 17(h) of the complaint.

      (i)     *The Defendant, Gary Evans, is supposed to receive $66,000.00 to be held*

*in escrow pursuant to the terms of a Separation Agreement dated and*

*recorded May 24, 2002 in the Essex County Registry of Deeds at Book*

*21764, Page 59.*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(i) of the complaint.

> *(j)    The Defendant, Christine Ann Faro, is the holder of an Attorney's Lien*
>
> *dated and recorded October 2, 2003 in the Essex County Registry of*
>
> *Deeds at Book 21911, Page 222.*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(j) of the complaint.

> *(k)    The Defendant, John Aquino, is a Chapter 7 Trustee who has abandoned*
>
> *his interest in the real estate.*

RESPONSE:    The United States is without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in paragraph 17(k) of the complaint.

WHEREFORE, the United States requests that its interests be paid pursuant to the

priority determined by this Court with respect to the interplead funds, and such other relief as this

Court deems just and proper.

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

*19th November 2004*

*Barbara Healy Smith*

BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*Lydia Bottome Turanchik*

LYDIA BOTTOME TURANCHIK
(BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

David Rosen
Harmon Law Offices
P.O. Box 610389
Newton Highlands, Massachusetts 02461

Jeffrey L. Bayko, Sr.
c/o Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

Lisa J. Bayko
c/o Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts 01950

Helen E. Bayko
Michael J. Bayko
c/o Timothy Sullivan, Esq.
451 Andover Street
Suite 185
North Andover, Massachusetts 01845

BankNorth Group
Post Office Box 1503
Orleans, Massachusetts 02653

Hans R. Hailey
225 Friend Street
Boston, Massachusetts 02114

Commonwealth of Massachusetts
Department of Revenue
Collections Bureau
Post Office Box 7021
Boston, Massachusetts 02204

Christine Ann Faro
79 State Street
Newburyport, Massachusetts 01950

Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts 01950

Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

John Aquino, Esq.
Anderson & Aquino, LLP
260 Franklin Street
Boston, Massachusetts 02110