IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12448GAO

| | |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>  Plaintiff,<br><br>vs.<br><br>JEFFREY L. BAYKO, SR., LISA J.<br>BAYKO, HELEN E. BAYKO,<br>MICHAEL J. BAYKO, BANKNORTH<br>GROUP, HANS R. HAILEY, CHARLES<br>D. ROTONDI, COMMONWEALTH OF<br>MASSACHUSETTS DEPARTMENT<br>OF REVENUE, THE UNITED STATES<br>OF AMERICA, GARY EVANS,<br>CHRISTINE ANN FARO, AND JOHN<br>AQUINO,<br>  Defendants. | **BANKNORTH, N.A.'S MOTION FOR**<br>**SUMMARY JUDGMENT** |

Defendant, BANKNORTH, N.A., ("Banknorth"), moves for summary judgment, pursuant to Federal Rules of Civil Procedure 56, in its favor on its claim to the Interpleaded funds, which are the subject of the above-captioned action.

The undisputed facts demonstrate that Banknorth is the holder of a second Mortgage dated <u>April 18, 1997</u> and recorded on <u>April 24, 1997</u> in the Essex County Registry of Deeds at Book 14068, Page 475 in the original amount of $15,000.00. The mortgage was secured by property located at 7A Graham Avenue, Newbury, Massachusetts ("Property").

It is uncontested that Plaintiff, GMAC, foreclosed on the Property on March 12, 2004 by public auction. After satisfaction of the first Mortgagee with GMAC, there were excess sale proceeds in the stated amount of $186,742.59. As of the date of the foreclosure, Banknorth was

248514-1

owed $16,156.25, which it is entitled to by virtue of its second Mortgage and priority position over junior Lienholders on record. It is uncontested that Banknorth's Mortgage has priority over the remaining lienholders on the Property, by virtue of being in senior position at the Registry at the time of foreclosure upon the subject property.

Defendant, Banknorth, has priority over the junior Lienholder by virtue of recording of its Mortgage. (I.R.C §6323  G.L. c. 62C, §50(a).) The excess proceeds from the foreclosure of the first Mortgage are sufficient to pay the amount owed Banknorth as of the date of the foreclosure. There is no basis in law or equity that would entitle the holder of any junior lien to any of the proceeds owed by Banknorth by virtue of its priority position as Mortgagee on the Property.

WHEREFORE, Defendant, Banknorth, moves that it be granted Summary Judgment in the amount of $16,156.25, in accordance with Mass.R.Civ.P. 56; and attorney's fees, costs and other relief deemed appropriate.

In further support of this Motion, Defendant Banknorth, submits the accompanying Memorandum in Support of Motion for Summary Judgment on behalf of Defendant, Banknorth, with Affidavit and Exhibits.

                                        The Defendant,
                                        **BANKNORTH, N.A.,**
                                        By its attorney,

Dated: November ___, 2004            _____
                                        Michele A. Rooke
                                        Doherty, Wallace, Pillsbury and Murphy, P.C.
                                        1414 Main Street, Suite 1900
                                        Springfield, MA  01144-1900
                                        Tel:  (413) 733-3111
                                        Fax:  (413) 734-3910
                                        BBO No.: 643632

## CERTIFICATE OF SERVICE

    I, Michele A. Rooke, hereby certify that I served a copy of the foregoing document on the parties to the case by mailing a copy of the same postage prepaid to:

| | |
|---|---|
| David M. Rosen, Esquire<br>Harmon Law Offices, P.C.<br>P.O. Box 610389<br>Newton Highlands, MA 02461-0389 | Commonwealth of Massachusetts<br>Department of Revenue<br>Collections Bureau<br>P.O. Box 7021<br>Boston, MA 02204 |
| Jeffrey L. Bayko, Sr.<br>c/o Attorney Gary Evans<br>58 Main Street<br>Topsfield, MA 01983 | The United States of America<br>Internal Revenue Services<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203 |
| Lisa J. Bayko<br>c/o Attorney Charles D. Rotondi<br>79 State Street<br>Newburyport, MA 01950 | Gary Evans<br>58 Main Street<br>Topsfield, MA 01983 |
| Helen E. Bayko<br>c/o Attorney Timothy Sullivan<br>451 Andover Street, Suite 185<br>North Andover, MA 01845 | Christine Ann Faro<br>79 State Street<br>Newburyport, MA 01950 |
| Michael J. Bayko<br>c/o Attorney Timothy Sullivan<br>451 Andover Street, Suite 185<br>North Andover, MA 01845 | John Aquino<br>Anderson & Aquino, LLP<br>260 Franklin Street<br>Boston, MA 02110 |
| Hans R. Hailey<br>225 Friend Street<br>Boston, MA 02114 | Attorney Charles D. Rotondi<br>79 State Street<br>Newburyport, MA 01950 |

Dated: November ____, 2004                         _____
                                                                                    Michele A. Rooke