COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

ESSEX, ss.                                          SUPERIOR COURT DEPARTMENT
                                                    CIVIL ACTION NO. ESCV2004-01855

GMAC MORTGAGE CORPORATION,         )
   Plaintiff,                      )
                                   )
vs.                                )
                                   )
JEFFREY L. BAYKO, SR., LISA J.     )
BAYKO, HELEN E. BAYKO,             )
MICHAEL J. BAYKO, BANKNORTH        )   **BANKNORTH, N.A.'S AFFIDAVIT IN**
GROUP, HANS R. HAILEY, CHARLES     )   **SUPPORT OF MOTION FOR**
D. ROTONDI, COMMONWEALTH OF        )   **SUMMARY JUDGMENT**
MASSACHUSETTS DEPARTMENT           )
OF REVENUE, THE UNITED STATES      )
OF AMERICA, GARY EVANS,            )
CHRISTINE ANN FARO, AND JOHN       )
AQUINO,                            )
   Defendants.                     )
                                   )

I, Heather McCubrey, being duly sworn, hereby depose and say:

1. I am a Bank Officer for the Defendant, Banknorth, N.A., and I am familiar with the facts of this matter.

2. On or about April 18, 1997, Jeffrey L. Bayko, Sr. and Lisa J. Bayko, entered into a Mortgage Agreement with Family Savings Bank. This Mortgage was secured by property located at 7A Graham Avenue, Newbury, Massachusetts.

3. On April 24, 1997, Family Savings Bank recorded said Mortgage in the Essex County Registry of Deeds in Book 14068, Page 475.

4. Banknorth, N.A. is successor in interest to Family Savings Bank.

5. Upon information and belief, on or about March 12, 2004, the property was foreclosed upon and sold by public auction by GMAC.

247333-1

6. Upon information and belief, after satisfaction of all debt owed to GMAC, there is a surplus of $186,742.59 from the proceeds of that foreclosure sale.

7. Banknorth, N.A. is the holder of the senior mortgage on the subject property.

8. Banknorth, N.A. has priority over any remaining lien holders on the Property, by virtue of being in senior position at the registry.

9. Banknorth, N.A.'s claim is in the present amount of $16,156.25 plus attorneys fees and costs anticipated to be approximately $3,500.00.

*Signed under the pains and penalties of perjury this* \_\_\_19th\_\_\_ *day of November 2004.*

Heather McCubrey
**BANKNORTH, N.A.**

SARAH SMITH
Notary Public, Maine
Commission Expires July 14, 2011

11-19-04

247333_1

## CERTIFICATE OF SERVICE

I, Michele A. Rooke, hereby certify that I served a copy of the foregoing document on the parties to the case by mailing a copy of the same postage prepaid to:

David M. Rosen, Esquire
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA  02461-0389

Jeffrey L. Bayko, Sr.
c/o Attorney Gary Evans
58 Main Street
Topsfield, MA  01983

Lisa J. Bayko
c/o Attorney Charles D. Rotondi
79 State Street
Newburyport, MA  01950

Helen E. Bayko
c/o Attorney Timothy Sullivan
451 Andover Street, Suite 185
North Andover, MA  01845

Michael J. Bayko
c/o Attorney Timothy Sullivan
451 Andover Street, Suite 185
North Andover, MA  01845

Hans R. Hailey
225 Friend Street
Boston, MA  02114

Commonwealth of Massachusetts
Department of Revenue
Collections Bureau
P.O. Box 7021
Boston, MA  02204

The United States of America
Internal Revenue Services
P.O. Box 9112
Stop 20800
Boston, MA  02203

Gary Evans
58 Main Street
Topsfield, MA  01983

Christine Ann Faro
79 State Street
Newburyport, MA  01950

John Aquino
Anderson & Aquino, LLP
260 Franklin Street
Boston, MA  02110

Attorney Charles D. Rotondi
79 State Street
Newburyport, MA  01950

Dated: November 22, 2004

_____
Michele A. Rooke

247333-1

3