IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS CLERK'S OFFICE

2004 NOV 29 P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GMAC MORTGAGE COMPANY,<br>Plaintiff<br><br>V.<br><br>JEFFREY L. BAYKO, SR., LISA J.<br>BAYKO, MICHAEL J. BAYKO, BANK<br>NORTH GROUP, HANS HAILEY,<br>CHARLES D. ROTONDI,<br>COMMONWEALTH OF<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, THE UNITED STATES OF<br>AMERICA, GARY EVANS, CHRISTINE<br>ANN FARO AND JOHN AQUINO,<br>Defendant | CIVIL ACTION NO. 04-12448-GAO |

NOTICE OF APPEARANCES FOR
LISA BAYKO, CHARLES ROTONDI AND CHRISTINE ANN FARO

Please enter the appearance of Christine Ann Faro and Charles Rotondi, 79 State Street, Newburyport, MA 01950 as attorneys for Lisa Bayko, Charles Rotondi and Christine Ann Faro in the above-referenced proceeding.

CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendants, hereby certify that on this 23rd day of November 2004, I served a copy of the Defendant's Lisa J. Bayko, Christine Ann Faro's and Charles Rotondi's Notice of Appearance upon the parties of record by serving a copy of the same upon their counsel of record by first class mail, postage prepaid.

Respectfully submitted
The Defendants, Lisa
Bayko, Charles Rtonodi &
Christine Ann Faro by their
Counsel

CHRISTINE ANN FARO
BBO # 552541
CHARLES RONTODI
BBO #431260
79 State Street
Newburyport, Ma 01950
(978) 462-4833

Attorney David M. Rosen
Harmon Law Office
P.O. Box 610389
Newton Highlands, MA 02461-0389

Attorney Hans Hailey
225 Friend Street
Boston, MA 02144

Eileen McAuliffe
Department of Revenue
Collections Bureau
P.O. Box 7021
Boston, MA 02204

Attorney Gary Evans
8 Prospect Street
Georgetown, MA 01833

Attorney Timothy Sullivan
Andover Law, P.C.
451 Andover Street
North Andover, MA 01845

Jeffrey Bayko
c/o Attorney Gary Evans
8 Prospect Street
Georgetown, MA 01833

Michele Rooke, Esq.
Doherty, Wallace, Pillsbury and Murphy, PC
One Monarch Place, Suite 1900
Springfield, MA 2004-01855

Lydia Bottome Turanchik
Trail Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55,
Ben Franklin Station
Washington, D.C. 20044

Attorney John Aquino
Andersen & Aquino, LLP
260 Franklin Street
Boston, MA 02110