IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

GMAC MORTGAGE COMPANY,
Plaintiff

V.

JEFFREY L. BAYKO, SR., LISA J.
BAYKO, MICHAEL J. BAYKO, BANK
NORTH GROUP, HANS HAILEY,
CHARLES D. ROTONDI,
COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF
REVENUE, THE UNITED STATES OF
AMERICA, GARY EVANS, CHRISTINE
ANN FARO AND JOHN AQUINO,
Defendant

CIVIL ACTION NO. 04-12448 AO

DEFENDANTS' LISA BAYKO, CHRISTINE ANN FARO
AND CHARLES ROTONDI'S EXHIBITS NOS. 1-13
IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

The Defendants, Lisa J.
Bayko, Christine Ann Faro
and Charles Rotondi, by their
Counsel,

CHRISTINE ANN FARO
BBO # 552541
CHARLES ROTONDI
BBO#431260
79 State Street
Newburyport, MA 01950