IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-12448GAO

GMAC MORTGAGE CORP., )
    Plaintiff )
)
v. )
)
JEFFREY L. BAYKO, SR., LISA J. BAYKO, )
HELEN E. BAYKO, MICHAEL J. BAYKO, )
BANKNORTH GROUP, HANS R. HAILEY, )
CHARLES R. ROTONDI, )
COMMONWEALTH OF MASSACHUSETTS )
DEPARTMENT OF REVENUE, UNITED )
STATES OF AMERICA, GARY EVANS, )
CHRISTINE ANN FARO, and JOHN AQUINO, )
    Defendants )
)

## NOTICE OF APPEARANCE

NOW COMES, Attorney Timothy D. Sullivan, and files his Notice of Appearance on behalf of Michael and Helen Bayko in the above-captioned matter.

Respectfully submitted,

_____
Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO No. 563244

Date: 11/24/04

## CERTIFICATE OF SERVICE

I, Timothy D. Sullivan, Esq. do hereby certify that on this 24 day of November 2004, I served a copy of the foregoing Notice of Appearance by mailing a copy of the same, first class mail, postage prepaid to: Jeffrey Bayko, Sr., c/o Attorney Gary Evans, Evans, Evans and Bingham, 58 Main Street, Topsfield, MA 01983; Attorney Christine Ann Faro, 79 State Street, Newburyport, MA 01950, individually and as attorney for Lisa Bayko;

Attorney Gary Evans, Evans, Evans and Bingham, 58 Main Street, Topsfield, MA 01983, individually; Attorney David M. Rosen, Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389, attorney for GMAC Mortgage Corporation; Attorney Michele A. Rooke, Doherty, Wallace, Pillsbury and Murphy, P.C., One Monarch Place, Suite 1900, Springfield, MA 011449-1900 attorney for Banknorth Group; Attorney Hans Hailey, 225 Friend Street, Boston, MA 02114; Attorney Charles D. Rotondi, 79 State Street, Newburyport, MA 01950; Commonwealth of Massachusetts Department of Revenue, Collections Bureau, P.O. Box 7021, Boston, MA 02204; Assistant US Attorney Barbara Healy Smith, U.S. Department of Justice, U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02110; and Attorney John Aquino, Anderson & Aquino, LLP, 260 Franklin Street, Boston, MA 02110.

_____
Timothy D. Sullivan, Esq.