## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12448GAO

_____
                                                )
GMAC MORTGAGE CORPORATION,                       )
                    Plaintiff                    )
v.                                               )
                                                 )
JEFFREY L. BAYKO, SR., LISA J. BAYKO,            )
HELEN E. BAYKO, MICHAEL J. BAYKO,               )
BANKNORTH GROUP, HANS R. HAILEY,                 )
CHARLES D. ROTONDI, COMMONWEALTH                 )
OF MASSACHUSETTS DEPARTMENT OF                    )
REVENUE, THE UNITED STATES OF                     )
AMERICA, GARY EVANS, CHRISTINE ANN               )
FARO, AND JOHN AQUINO,                           )
                    Defendants                    )
_____)

### MICHAEL J. BAYKO AND HELEN E. BAYKO'S
### OPPOSITION TO BANKNORTH, N.A.'S MOTION FOR SUMMARY JUDGMENT
#### (Docket #5)

Michael and Helen Bayko admit that BankNorth, N.A.'s claim is senior to their claim.

They object to BankNorth's Motion for Summary Judgment only to the extent that it misstates

the facts regarding their mortgages. (Information from two separate mortgages is commingled.

This confusion appears to originate with the Complaint.)

In a listing of junior lienholders, BankNorth states that Michael J. Bayko and Helen E. Bayko are

the holders of a mortgage dated July 19, 2002 and recorded August 12, 2002. That information

is correct. However, the July 19, 2002 mortgage secures payment of a $46,360.00 note plus

interest and attorneys' fees and costs. It was recorded at the Southern Essex County Registry of

Michael J. Bayko and Helen E. Bayko's Opposition to
BankNorth, N.A.'s Motion for Summary Judgment
Page 1 of 2

Deeds on August 12, 2002 and appears Book 19056, Page 153.

In addition, Michael J. Bayko and Helen E. Bayko hold an additional mortgage securing a Note

dated May 9, 2003 in the amount of $6,300.00 (plus interest, attorneys' fees and costs).  This

mortgage was recorded July 8, 2003 at the Southern Essex Registry of Deeds in Book 21193 at

Page 386.


Respectfully submitted,                                    Date:   December 8, 2004
Michael J. Bayko and Helen E. Bayko
by their attorney,

/s/ Timothy D. Sullivan
_____
Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO# 563244

### CERTIFICATE OF SERVICE

I, Timothy D. Sullivan, Esq. do hereby certify that on this 8th day of December 2004, I served a copy of
the enclosed  Helen and Michael Bayko's Opposition to BankNorth, N.A.'s Motion for Summary
Judgement, by mailing a copy of the same, first class mail, postage prepaid to: Jeffrey Bayko, Sr., c/o
Attorney Gary Evans, Evans, Evans and Bingham, 58 Main Street, Topsfield, MA 01983; Attorney
Christine Ann Faro, 79 State Street, Newburyport, MA 01950, individually and as attorney for Lisa
Bayko; Attorney  Gary Evans, Evans, Evans and Bingham, 58 Main Street, Topsfield, MA 01983,
individually;  Attorney David M. Rosen, Harmon Law Offices, P.C., P.O. Box 610389, Newton
Highlands, MA 02461-0389, attorney for GMAC Mortgage Corporation; Attorney Michele A. Rooke,
Doherty, Wallace, Pillsbury and Murphy, P.C., One Monarch Place, Suite 1900, Springfield, MA
011449-1900 attorney for Banknorth Group; Attorney Hans Hailey, 225 Friend Street, Boston, MA
02114; Attorney Charles D. Rotondi, 79 State Street, Newburyport, MA 01950; Commonwealth of
Massachusetts Department of Revenue, Collections Bureau, P.O. Box 7021, Boston, MA 02204;
Assistant US Attorney Barbara Healy Smith, U.S. Department of Justice, U.S. Courthouse, One
Courthouse Way, Suite 9200, Boston, MA 02110; and Attorney John Aquino, Anderson & Aquino, LLP,
260 Franklin Street, Boston, MA 02110.

/s/ Timothy D. Sullivan
_____
Timothy D. Sullivan, Esq.

Michael J. Bayko and Helen E. Bayko's Opposition to
BankNorth, N.A.'s Motion for Summary Judgment
Page 2 of 2