## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>　　　　Plaintiff<br>v.<br><br>JEFFREY L. BAYKO, SR., LISA J. BAYKO,<br>HELEN E. BAYKO, MICHAEL J. BAYKO,<br>BANKNORTH GROUP, HANS R. HAILEY,<br>CHARLES D. ROTONDI,<br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE, THE<br>UNITED STATES OF AMERICA, GARY EVANS,<br>CHRISTINE ANN FARO, AND JOHN AQUINO,<br>　　　　Defendants | CIVIL ACTION NO.<br>04-12448-GAO<br>(Formerly 2004-01855-B<br>　Essex County Sup. Ct.<br>　Massachusetts) |

### COMMONWEALTH OF MASSACHUSETTS' MOTION TO DISMISS ENTIRE CASE

The Commonwealth of Massachusetts Commissioner of Revenue ("Commonwealth") moves the Court to dismiss this action in its entirety on the following grounds: (1) the Eleventh Amendment to the United States Constitution bars this action against the Commonwealth in this Court and (2) the Commonwealth is an indispensable party to this case. See Cape Ann Savings Bank v. Walter Johnson, U.S. District Court C.A. Nos. 02-10032-GAO and 02-10036-GAO (August 12, 2002) and First Federal Savings Bank of America v. John P. Ward, U.S. District Court C.A. No. 03-10168-GAO (October 7, 2003). (For further discussion see attached Memorandum In Support).

　　　　　　　　　　　　　　　　　　**Respectfully submitted,**
　　　　　　　　　　　　　　　　　　ALAN L. LEBOVIDGE
　　　　　　　　　　　　　　　　　　COMMISSIONER OF REVENUE
　　　　　　　　　　　　　　　　　　By his attorneys

　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　MASSACHUSETTS ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　/s/　　　Eileen Ryan McAuliffe
　　　　　　　　　　　　　　　　　　Kevin W. Brown, General Counsel
　　　　　　　　　　　　　　　　　　Eileen Ryan McAuliffe, BBO#435260
　　　　　　　　　　　　　　　　　　Counsel for the Commissioner
　　　　　　　　　　　　　　　　　　Department of Revenue
　　　　　　　　　　　　　　　　　　Litigation Bureau, 7th Floor
　　　　　　　　　　　　　　　　　　P.O. Box 9565
　　　　　　　　　　　　　　　　　　100 Cambridge Street
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02114
**Dated:**　　　　　　　　　　　　　(617) 626-3217
185028/ERM

Case 1:04-cv-12448-GAO     Document 29-3     Filed 12/21/2004     Page 2 of 5

**CERTIFICATE OF SERVICE**

      I, Eileen Ryan McAuliffe, hereby certify that I have served copies of the within Certification Pursuant to Rule 7.1(A)(2); the Commonwealth of Massachusetts Motion to Dismiss Entire Case and Memorandum in Support of the Motion on the following parties by first class U.S. mail postage prepaid:

David M. Rosen, Esquire
Harmon Law office
150 California Street
Newton Highlands, Massachusetts 02461-0389

Jeffrey L. Bayko, Sr.
C/O Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

Lisa J. Bayko
C/O Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts  01950

Helen E. Bayko
Michael J. Bayko
C/O Timothy Sullivan, Esq.
451 Andover Street
Suite 185
Andover, Massachusetts 01845

Attorney Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210


BankNorth Group
P.O. Box 1503
Orleans, Massachusetts 02653

Hans R. Hailey
225 Friend Street
Boston, Massachusetts 02114

Christine R. Faro
79 State Street
Newburyport, Massachusetts  01950

Charles Rotondi, Esq,
79 State Street
Newburyport, Massachusetts 01950

Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

John Aquino, Esq.
Anderson & Aquino, LLP
260 Franklin Street
Boston, Massachusetts 02110

_____
Eileen Ryan McAuliffe

DATED:
185028/ERM