IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>      Plaintiff<br>v.<br><br>JEFFREY L. BAYKO, SR., LISA J. BAYKO,<br>HELEN E. BAYKO, MICHAEL J. BAYKO,<br>BANKNORTH GROUP, HANS R. HAILEY,<br>CHARLES D. ROTONDI,<br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE, THE<br>UNITED STATES OF AMERICA, GARY EVANS,<br>CHRISTINE ANN FARO, AND JOHN AQUINO,<br>      Defendants | C.A. No. 04-12448-GAO<br>(Formerly 2004-01855-B<br>Essex County Superior Court<br>Massachusetts) |

**CERTIFICATION PURSUANT TO RULE 7.1(A) (2)**

     Pursuant to Local Rule 7.1 (A) (2), I hereby certify that I have conferred with counsel for the Plaintiff and counsel for the United States in a good faith effort to resolve or narrow the issues involved in the Massachusetts Commissioner of Revenue's Motion to Dismiss Entire Case.

                                              Respectfully submitted,
                                              ALAN LEBOVIDGE
                                              COMMISSIONER OF REVENUE

                                              By his attorney,


                                      /s/    Eileen Ryan McAuliffe
                                        Eileen Ryan McAuliffe (BBO# 435260)
                                        Department of Revenue
                                        Litigation Bureau - P.O. Box 9565
                                        100 Cambridge Street
                                        Boston, MA  02114-9565
**Dated**:                       (617) 626-3217
185028/ERM