

ALAN LEBOVIDGE
COMMISSIONER

KEVIN W. BROWN
GENERAL COUNSEL

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Legal Division —Litigation Bureau*
*P.O. Box 9565*
*100 Cambridge Street*
*Boston, Massachusetts  02114-9565*

February 9, 2005

Mr. Tony Anastas, Clerk
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:    <u>GMAC Mortgage Corporation v. Jeffrey L. Bayko, Sr., et al,</u>
       U.S. District Court C.A. No. <u>04-12448-GAO</u>

Dear Mr. Anastas:

    Enclosed please find for filing, the Defendant, the Commonwealth of Massachusetts Commissioner of Revenue ("Commonwealth's") Motion for Leave to File Reply Memorandum, pursuant to LR, D.Mass.7.1 (B)(3), in the above-referenced action.

    Copies of these documents have been served on the parties listed on the Certificate of Service attached hereto.

    Thank you for you assistance.

                                         Sincerely,

                                         <u>Eileen Ryan McAuliffe</u>
                                         Eileen Ryan McAuliffe
                                         Counsel to the Commissioner
                                         (617) 626-3217

Enclosure

187281/ERM

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>      **Plaintiff**<br>v.<br><br>JEFFREY L. BAYKO, SR., LISA J. BAYKO,<br>HELEN E. BAYKO, MICHAEL J. BAYKO,<br>BANKNORTH GROUP, HANS R. HAILEY,<br>CHARLES D. ROTONDI,<br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE, THE<br>UNITED STATES OF AMERICA, GARY EVANS,<br>CHRISTINE ANN FARO, AND JOHN AQUINO,<br>      **Defendants** | C.A. No. 04-12448-GAO<br>(Formerly 2004-01855-B<br>Essex County Superior Court<br>Massachusetts) |

## COMMONWEALTH OF MASSACHUSETTS'S
## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Pursuant to the Local Rules of the United States District Court for the District of Massachusetts, Local Rule 7.1(B)(3), the Commonwealth of Massachusetts ("Commonwealth"), a defendant in the above-captioned interpleader action, moves for leave of the Court to submit a memorandum in reply to the United States Opposition To The Commonwealth of Massachusetts Motion To Dismiss Entire Proceeding ("Opposition") filed on February 8, 2005. The Commonwealth requests leave of the Court to file a reply because of the complexity of the issues involved in this action. This Court has previously decided two cases presenting the issue now advanced by the Commonwealth. In it's Opposition, the United States has refined arguments previously made in the procedurally-similar district court actions and the Commonwealth requests leave of the court to respond to those arguments.

Accordingly, the Commonwealth moves for leave of the Court to file a Reply Memorandum by Friday, March 4, 2005.

                **Respectfully submitted,**
                **ALAN LEBOVIDGE**
                **COMMISSIONER OF REVENUE**

                **By his attorney,**

                **/s/ Eileen Ryan McAuliffe**
                Eileen Ryan McAuliffe (BBO# 435260)
                Department of Revenue
                Litigation Bureau - P.O. Box 9565
                100 Cambridge Street
                Boston, MA  02114-9565
                (617) 626-3217

**Date:**
**187281**

**CERTIFICATE OF SERVICE**

      I, Eileen Ryan McAuliffe, hereby certify that I have served copies of the within Motion For Leave To File Reply Memorandum of the Commonwealth of Massachusetts Commissioner of Revenue on the following parties by first class U.S. mail postage prepaid:

David M. Rosen, Esquire
Harmon Law office
150 California Street
Newton Highlands, Massachusetts 02461-0389

Jeffrey L. Bayko, Sr.
C/O Gary Evans, Esq.
Evans, Evans &Bingham
8 Prospect Street
Georgetown, Massachusetts 01833

Lisa J. Bayko
C/O Charles Rotondi, Esq.
79 State Street
Newburyport, Massachusetts  01950

Helen E. Bayko
Michael J. Bayko
C/O Timothy Sullivan, Esq.
451 Andover Street
Suite 185
Andover, Massachusetts 01845

Attorney Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Attorney Michele Rooke
Doherty, Wallace, Pillsbury & Murphy
One Monarch Street
1414 Main Street, Suite 190
Springfield, 01144-1900

Hans R. Hailey
225 Friend Street
Boston, Massachusetts 02114

Christine R. Faro
79 State Street
Newburyport, Massachusetts  01950

Charles Rotondi, Esq,
79 State Street
Newburyport, Massachusetts 01950

Gary Evans, Esq.
58 Main Street
Topsfield, Massachusetts 01983

John Aquino, Esq.
Anderson & Aquino, LLP
260 Franklin Street
Boston, Massachusetts 02110

      /s/ Eileen Ryan McAuliffe
Eileen Ryan McAuliffe

DATED:
187281/ERM

Case 1:04-cv-12448-GAO    Document 40    Filed 02/09/2005    Page 6 of 6