IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12448GAO

_____ )
GMAC MORTGAGE CORPORATION,          )
               Plaintiff           )
v.                                  )
                                    )
JEFFREY L. BAYKO, SR., LISA J. BAYKO, )
HELEN E. BAYKO, MICHAEL J. BAYKO,   )
BANKNORTH GROUP, HANS R. HAILEY,    )
CHARLES D. ROTONDI, COMMONWEALTH    )
OF MASSACHUSETTS DEPARTMENT OF      )
REVENUE, THE UNITED STATES OF       )
AMERICA, GARY EVANS, CHRISTINE ANN  )
FARO, AND JOHN AQUINO,              )
               Defendants          )
_____ )

**OPPOSITION TO
PLAINTIFF'S MOTION TO DEPOSIT SURPLUS FUNDS INTO COURT
AND WITHDRAW**

Michael and Helen Bayko appreciate GMAC's desire to withdraw. However, they are concerned that a Motion to Dismiss for Lack of Jurisdiction is pending.

They respectfully ask that this Court deny the motion at this time or defer consideration on the motion until such time as jurisdiction has been finally determined.

At such time this Court decides that it has jurisdiction and the applicable appeal period for the jurisdiction decision has run, Michael and Helen Bayko will withdraw their objection to the Plaintiffs motion to deposit funds and withdraw.

Respectfully submitted,                                    February 10, 2005
Michael Bayko and Helen Bayko
by their attorney,

/s/ Timothy D. Sullivan

Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO # 563244

**CERTIFICATE OF SERVICE**

I, Timothy D. Sullivan, hereby certify that Michael and Helen Bayko's Opposition to the Plaintiff's Motion to Deposit Surplus Funds Into Court and Withdraw has been served by first class mail, postage prepaid on this 10th day of February, 2005 to all parties of record or their record attorney.

/s/ Timothy D. Sullivan

Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO # 563244

**Service List:**

Atty. David M. Rosen
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Atty. Eileen Ryan McAuliffe
Massachusetts DOR
Post Office Box 9565
Boston, MA 02214-9565

Michele A. Ouimet-Rooke
Doherty, Wallace, Pillsbury & Murphy
1414 Main Street, Suite 1900
One Monarch Place
Springfield, MA 01144

Atty. Lydia Bottome Turanchik
U.S. Dept. of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20001

Atty. Christine A. Faro
79 State Street
Newburyport, MA 01950

Atty. Barbara Healy Smith
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210