UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GMAC MORTGAGE CORPORATION
          Plaintiff(s)

v.                                                                            CIVIL ACTION NO. 04-12448-GAO

JEFFREY L. BAYKO, ETAL
          Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the court's Order, dated March 24, 2005, the Commonwealth's motion to dismiss (Dkt. No. 29) is GRANTED and the action is DISMISSED in its entirety.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 3/24/05                                                              By Paul S. Lyness
                                                                                                                            Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)