IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil No. 04-12448-GAO |
| JEFFREY L. BAYKO, SR., et al., | ) ) ) |
| Defendants. | ) |

## UNITED STATES' NOTICE OF APPEAL

The United States appeals to the United States Court of Appeals for the First Circuit from the District Court's Judgment entered March 24, 2005, granting the Commonwealth of Massachusetts' Motion to Dismiss the above-captioned proceeding.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560