# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 05-1859

GMAC MORTGAGE CORPORATION,

Plaintiff, Appellee,

v.

JEFFREY L. BAYKO, SR., ET AL.,

Defendants.

---

Before

Boudin, _Chief Judge_,
Campbell and Stahl, _Senior Circuit Judges_.

---

JUDGMENT

Entered: December 8, 2005

At the motion of the United States, this appeal is _dismissed_ as moot. We _deny_ the request for vacatur, a gesture of limited utility given the many District of Massachusetts decisions rejecting the position taken by the United States. In view of the new interpleader action by the plaintiff, we need not order the district court to adjudicate the claims of the remaining parties.

_Dismissed_.

Certified and issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JAN 3 0 2006

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
        Chief Deputy Clerk.

[Cert. cc: Hon. George A. O'Toole, Jr. and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Rosen, Sullivan, Barnico, Hutter, Clark, Ms. Smith, Ms. Turanchik, Ms. McAuliffe and Ms. Ouimet-Rooke]